**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 16-10992 (SMB) |
| SUNEDISON, INC., *et al.*, | : | Jointly Administered |
| | : | |
| Debtors.[1] | : | |
| | : | |
| | : | |
| OFFICIAL COMMITTEE OF UNSECURED | : | |
| CREDITORS, on behalf of the estates of the | : | |
| Debtors, | : | |
| | : | Adversary Proceeding |
| Plaintiff, | : | No. 16-1257 (SMB) |
| | : | |
| v. | : | |
| | : | |
| JUAN M. RODRIGUEZ BELTRAN, | : | |
| PYRAMID HOLDINGS, INC., ABHISHEK | : | |
| AGRAWAL, IRON WORKERS MID-SOUTH | : | |
| PENSION FUND, ANTON S. BADRI, | : | |
| MITESH PATEL, COBALT PARTNERS, LP, | : | |
| COBALT PARTNERS II, LP, COBALT | : | |
| OFFSHORE MASTER FUND, LP, COBALT | : | |
| KC PARTNERS, LP, OKLAHOMA | : | |
| FIREFIGHTERS PENSION AND | : | |
| RETIREMENT SYSTEM, GLENVIEW | : | |
| (contd.) | : | |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); and SunE Minnesota Holdings, LLC (8926). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

CAPITAL PARTNERS, L.P., GLENVIEW        :
INSTITUTIONAL PARTNERS, L.P.,           :
GLENVIEW CAPITAL MASTER FUND,           :
LTD., GLENVIEW CAPITAL                   :
OPPORTUNITY FUND, L.P., GLENVIEW        :
OFFSHORE OPPORTUNITY MASTER             :
FUND, LTD., OMEGA CAPITAL               :
INVESTORS, L.P., OMEGA CAPITAL          :
PARTNERS, L.P., OMEGA EQUITY            :
INVESTORS, L.P., OMEGA OVERSEAS         :
PARTNERS, LTD., DINA HOROWITZ,          :
KENNETH J. MOODIE, ROBERT KUNZ,         :
ALEXANDER Y. USENKO, JULIE DULL,        :
ERIC O'DAY, ROBERT LINTON, RICHARD:
A. WHEELER, JAMES GOLDEN, JERRY         :
JONES, CHARLES BLOOM, SHARON            :
BURNSTEIN, TERRAFORM GLOBAL,            :
INC., DARCY CHURCH, JOHN                 :
CHAMBLEE, KINGDON ASSOCIATES,           :
KINGDON CREDIT MASTER FUND, L.P.,  :
KINGDON FAMILY PARTNERSHIP, L.P.,  :
M. KINGDON OFFSHORE MASTER FUND, :
L.P., CANYON CAPITAL ADVISORS LLC,  :
CANYON BALANCED MASTER FUND,            :
LTD., CANYON CAPITAL ARBITRAGE          :
MASTER FUND, LTD., CANYON-GRF           :
MASTER FUND II, L.P., CANYON VALUE  :
REALIZATION FUND, L.P., CANYON          :
VALUE REALIZATION MASTER FUND,          :
L.P., PERMAL CANYON IO LTD., VMT II,  :
LLC, SIMON FRASER, JASON ALDRIDGE, :
KEARNY INVESTORS S.À R.L., POWELL       :
INVESTORS L.P., POWELL INVESTORS II  :
LIMITED PARTNERSHIP, CLEMENS            :
SCHLETTWEIN, JEROME SPINDLER,           :
MUNICIPAL EMPLOYEES' RETIREMENT  :
SYSTEM OF MICHIGAN, MANUEL               :
ACOSTA,                                  :
                                         :
          Defendants.                    :

## <u>AFFIDAVIT OF SERVICE</u>

I, Kadeem Champagnie, depose and say that I am employed by Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 10, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Motion of Official Committee of Unsecured Creditors for (I) a Declaration and (II) Enforcement of Automatic Stay Against Litigation Involving Certain Current and Former Directors and Officers of Debtors [Adv. Proc. Docket No. 2]

- Amended Adversary Complaint [Adv. Proc. Docket No. 4]

- Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. Docket No. 5]


Dated: November 14, 2016

Kadeem Champagnie

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 14, 2016, by Kadeem Champagnie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_16_

SRF 12070

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Abraham Fruchter & Twersky LLP | Attn: Cassandra Porsch<br>One Penn Plaza<br>Suite 2805<br>New York NY 10119 | cporsch@aftlaw.com | Overnight Mail and Email |
| Bernstein Litowitz Berger Grossmann | Attn: Salvatore J. Graziano<br>1251 Avenue of the Americas<br>New York NY 10020 | sgraziano@blbglaw.com | Overnight Mail and Email |
| Bottini & Bottini Inc | Attn: Albert Y. Chang<br>7817 Ivanhoe Avenue<br>Suite 102<br>La Jolla CA 92037 | | Overnight Mail |
| Gainey McKenna & Egleston | Attn: Thomas J. McKenna<br>440 Park Avenue South<br>5th Floor<br>New York NY 10016 | tjmckenna@gme-law.com | Overnight Mail and Email |
| Glancy Prongay & Murray LLP | Attn: Ex Kano S. Sams, II<br>1925 Century Park East<br>Suite 2100<br>Los Angeles CA 90067 | esams@glancylaw.com | Overnight Mail and Email |
| Grant & Eisenhoffer PA | Attn: Stuart M. Grant<br>123 Justison Street<br>Wilmington DE 19801 | sgrant@gelaw.com | Overnight Mail and Email |
| Harwood Feffer LLP | Attn: Robert I. Harwood<br>488 Madison Avenue<br>8th Floor<br>New York NY 10022 | rharwood@hfesq.com | Overnight Mail and Email |
| Levi and Korsinsky LLP | Attn: Lori G. Feldman<br>30 Broad Street<br>24th Floor<br>New York NY 10004 | lfeldman@zlk.com | Overnight Mail and Email |

Exhibit A

Notice Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Pomerantz LLP | Attn: Brenda Szydlo<br>600 Third Avenue<br>20th Floor<br>New York NY 10016 | bszydlo@pomlaw.com | Overnight Mail and Email |
| Quinn Emanuel Urquhart Sullivan LLP | Attn: David Michael Grable<br>865 S Figueroa Street<br>10th Floor<br>Los Angeles CA 90017 | davegrable@quinnemanuel.com | Overnight Mail and Email |
| Robbins Arroyo LLP | Attn: Jay N. Razzouk<br>600 B Street<br>Suite 1900<br>San Diego CA 92101 | jrazzouk@robbinsarroyo.com | Overnight Mail and Email |
| Robbins Geller Rudman & Dowd LLP | Attn: Dennis J. Herman<br>Post Montgomery Center<br>One Montgomery t Ste 1800<br>San Francisco CA 94104 | dennish@rgrdlaw.com | Overnight Mail and Email |
| Scott Scott Attorneys at Law | Attn: William C. Fredericks<br>230 Park Avenue<br>17th Floor<br>New York NY 10169 | wfredericks@scott-scott.com | Overnight Mail and Email |
| Sullivan & Cromwell LLP | Attn:: Michael H. Torkin, Andrew G. Dietderich, John L. Hardiman & David R. Zylberberg<br>J  Hardiman & D Zylberberg<br>125 Broad Street<br>New York NY 10004 | hardimanj@sullcrom.com<br>dietdericha@sullcrom.com<br>torkinm@sullcrom.com<br>zylberbergd@sullcrom.com | Overnight Mail and Email |
| The Brown Law Firm PC | Attn: Timothy W. Brown<br>240 Townsend Square<br>Oyster Bay NY 11771 | | Overnight Mail |

Exhibit A

Notice Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| The Rosen Law Firm | Attn: Jonathan Horne<br>275 Madison Avenue<br>34th Floor<br>New York NY 10016 | jhorne@rosenlegal.com | Overnight Mail and Email |