**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 16-10992 (SMB) |
| SUNEDISON, INC., *et al.*, | Jointly Administered |
| Debtors.[1] |  |
|  |  |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estates of the Debtors, |  |
|  | Adversary Proceeding |
| Plaintiff, | No. 16-1257 (SMB) |
| v. |  |
| JUAN M. RODRIGUEZ BELTRAN, PYRAMID HOLDINGS, INC., ABHISHEK AGRAWAL, IRON WORKERS MID-SOUTH PENSION FUND, ANTON S. BADRI, MITESH PATEL, COBALT PARTNERS, LP, COBALT PARTNERS II, LP, COBALT OFFSHORE MASTER FUND, LP, COBALT KC PARTNERS, LP, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, GLENVIEW |  |
| (contd.) |  |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); and SunE Minnesota Holdings, LLC (8926). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

| | |
|---|---|
| CAPITAL PARTNERS, L.P., GLENVIEW INSTITUTIONAL PARTNERS, L.P., GLENVIEW CAPITAL MASTER FUND, LTD., GLENVIEW CAPITAL OPPORTUNITY FUND, L.P., GLENVIEW OFFSHORE OPPORTUNITY MASTER FUND, LTD., OMEGA CAPITAL INVESTORS, L.P., OMEGA CAPITAL PARTNERS, L.P., OMEGA EQUITY INVESTORS, L.P., OMEGA OVERSEAS PARTNERS, LTD., DINA HOROWITZ, KENNETH J. MOODIE, ROBERT KUNZ, ALEXANDER Y. USENKO, JULIE DULL, ERIC O'DAY, ROBERT LINTON, RICHARD A. WHEELER, JAMES GOLDEN, JERRY JONES, CHARLES BLOOM, SHARON BURNSTEIN, TERRAFORM GLOBAL, INC., DARCY CHURCH, JOHN CHAMBLEE, KINGDON ASSOCIATES, KINGDON CREDIT MASTER FUND, L.P., KINGDON FAMILY PARTNERSHIP, L.P., M. KINGDON OFFSHORE MASTER FUND, L.P., CANYON CAPITAL ADVISORS LLC, CANYON BALANCED MASTER FUND, LTD., CANYON CAPITAL ARBITRAGE MASTER FUND, LTD., CANYON-GRF MASTER FUND II, L.P., CANYON VALUE REALIZATION FUND, L.P., CANYON VALUE REALIZATION MASTER FUND, L.P., PERMAL CANYON IO LTD., VMT II, LLC, SIMON FRASER, JASON ALDRIDGE, KEARNY INVESTORS S.À R.L, POWELL INVESTORS L.P., POWELL INVESTORS II LIMITED PARTNERSHIP, CLEMENS SCHLETTWEIN, JEROME SPINDLER, MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF MICHIGAN, MANUEL ACOSTA, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |

## AFFIDAVIT OF SERVICE

I, Kadeem Champagnie, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

2

On November 17, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Overnight Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Motion of Official Committee of Unsecured Creditors for (I) a Declaration and (II) Enforcement of Automatic Stay Against Litigation Involving Certain Current and Former Directors and Officers of Debtors [Adv. Proc. Docket No. 2]

- Amended Adversary Complaint [Adv. Proc. Docket No. 4]

- Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. Docket No. 5]

Dated: November 18, 2016

/s/ Kadeem Champagnie

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 18, 2016, by Kadeem Champagnie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 12212

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via Overnight Mail

| NAME | ADDRESS |
| --- | --- |
| Canyon Balanced Master Fund, Ltd. | Attn: An Officer<br>152 W. 57th St<br>New York NY 10019-3341 |
| Canyon Cap Arbitrage Master Fund, Ltd. | Attn: An Officer<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles CA 90067 |
| Canyon Capital Advisors LLC | c/o National Corporate Research Ltd.<br>850 New Burton Road<br>Suite 201<br>Dover DE 19904 |
| Canyon GRF Master Fund, II LP | Attn: An Officer<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles CA 90067 |
| Canyon Value Realiz Master Fund, LP | Attn: An Officer<br>2000 Avenue of the Stars<br>11th Floor<br>Los Angeles CA 90067 |
| Canyon Value Realization Fund, LP | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington DE 19801 |
| Julie Dull | Redacted |

In re: SunEdison, Inc., *et al.*
Case No. 16-10992 (SMB)

Page 1 of 2

Exhibit A

Notice Parties Service List

Served via Overnight Mail

| NAME | ADDRESS |
| --- | --- |
| Permal Canyon IO Ltd. | Attn: An Officer<br>900 3rd Avenue<br>New York NY 10022 |
| Powell Investors II Limited Partnership | Attn: An Officer<br>555 California Street<br>50th Floor<br>San Francisco CA 94104 |
| Powell Investors LP | Attn: An Officer<br>40317 FM 3346 Rd<br>Hempstead TX 77445-5089 |