UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 16-10992 (SMB) |
| SUNEDISON, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estates of the Debtors, | |
| | Adversary Proceeding |
| Plaintiff, | No. 16-1257 (SMB) |
| v. | |
| JUAN M. RODRIGUEZ BELTRAN, *et al.*, | |

**ORDER EXTENDING TIME TO ANSWER**

**WHEREAS**, on November 2, 2016, the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of SunEdison, Inc. and certain of its affiliates in the above-captioned chapter 11 cases, as debtors and debtors-in-possession, filed an adversary complaint (the "**Complaint**") in the above-referenced adversary proceeding;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); SunE MN Development, LLC (8669); and TerraForm Private Holdings, LLC (5993). The address of the Debtors' corporate headquarters is 13736 Riverport Drive, Maryland Heights, Missouri 63043.

**WHEREAS**, on November 3, 2016, the Clerk of the Court (the "**Clerk**") for the United States Bankruptcy Court for the Southern District of New York issued a summons in the above-referenced adversary proceeding, which set December 5, 2016 as the deadline to answer the Complaint;

**WHEREAS**, on November 9, 2016, the Creditors' Committee filed an amended adversary complaint (the "**Amended Complaint**") in the above-referenced adversary proceeding;

**WHEREAS**, on November 10, 2016, the Clerk issued an amended summons in the above-referenced adversary proceeding, which set December 12, 2016 as the deadline to answer the Amended Complaint;

**WHEREAS**, by order dated December 12, 2016, the Court extended the deadline to respond to the Amended Complaint to January 11, 2017 [Adv. Docket No. 51];

**WHEREAS**, by order dated December 29, 2016, the Court extended the deadline to respond to the Amended Complaint to April 14, 2017 [Adv. Docket No. 63];

**WHEREAS**, by order dated April 4, 2017, the Court extended the deadline to respond to the Amended Complaint to May 1, 2017 [Adv. Docket No. 73];

**WHEREAS**, the Creditors' Committee has agreed to extend the deadline to respond to the Amended Complaint until May 15, 2017;

IT IS HEREBY ORDERED THAT:

1. The date for Defendants to answer, move, or otherwise respond to the Amended Complaint is extended until May 15, 2017.

SO ORDERED.

Dated: April 28, 2017                                                            /s/ STUART M. BERNSTEIN
                                                                                                       Honorable Stuart M. Bernstein
                                                                                                       United States Bankruptcy Judge